# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MECHANICAL CONTRACTING PROMOTION FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:24-cv-03015-SHL-cgc |
| DAY-ZIMMERMAN INTERNATIONAL, INC. and DAY & ZIMMERMAN NPS, INC., | ) ) ) ) | |
| Defendants. | ) | |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendants' notice of removal (ECF No. 1), filed December 20, 2024,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' joint stipulation of dismissal without prejudice (ECF No. 38), filed June 10, 2025, all of Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 10, 2025
Date